# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **ELI JACOB HANCOCK,** | )<br>) |
| Plaintiff, | ) Case No. 1:20CV00046<br>) |
| v. | ) **ORDER**<br>) |
| **KILOLO KIJAKAZI,** | ) By:  James P. Jones |
| **ACTING COMMISSIONER** | ) United States District Judge |
| **OF SOCIAL SECURITY,** | )<br>) |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed August 10, 2021, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED;

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further development in accord with the Report.

ENTER:  August 26, 2021

/s/ JAMES P. JONES
United States District Judge