# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **ELI JACOB HANCOCK,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:20CV00046 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | By: James P. Jones |
| **ACTING COMMISSIONER** | ) | United States District Judge |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Order accompanying this Judgment, it is **ADJUDGED AND ORDERED** that the final decision of the Commissioner of Social Security denying benefits is VACATED AND REMANDED.

The Clerk shall close the case.

ENTER: August 26, 2021

/s/ JAMES P. JONES
United States District Judge